RECEIVED
NOV 2 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
DEC 1 9 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| TYRONE JENKINS | CIVIL ACTION NO. 04-2212 |
| VS. | SECTION P |
| TIM WILKINSON, WARDEN | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and this Court adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition for federal *habeas corpus* relief is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana this 19 day of November, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT